UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PAULL, JR.,

       Plaintiff,

v.

Case No. 11-CV-11733

HON. GEORGE CARAM STEEH

COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION (#20), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#18), AND GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#12)

On April 20, 2011, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Majzoub. The parties filed cross-motions for summary judgment. On July 11, 2012, Magistrate Judge Majzoub issued a report and recommendation on the cross-motions for summary judgment. In her report, Magistrate Judge Majzoub recommends defendant's motion for summary judgment be denied, plaintiff's motion for summary judgment be granted in part, and that, pursuant to sentence four of 42 U.S.C. §405(g), this case be remanded to the ALJ for further proceedings. The parties have not filed objections to the report and recommendation, and the deadline for doing so has passed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Majzoub's July 11, 2012 report and recommendation. Defendant's motion for summary judgment is DENIED, plaintiff's motion for summary judgment is GRANTED IN PART to the extent it seeks remand and

DENIED IN PART to the extent it seeks an award of benefits, and this case is REMANDED to the ALJ for further proceedings.

 SO ORDERED.

Dated: July 27, 2012

           <u>s/George Caram Steeh</u>
           GEORGE CARAM STEEH
           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 27, 2012, by electronic and/or ordinary mail.

<u>s/Marcia Beauchemin</u>
Deputy Clerk